IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THOMPSON SPORTING GOODS, INC.
d/b/a FORT THOMPSON SPORTING GOODS                             PLAINTIFF

V.                          4:23CV00016 JM

A & B PAWN SHOP, INC.
d/b/a WEBB'S SPORTING GOODS;
BOBBY CHARLES WEBB, JR.; and
ALICIA DAWN WEBB                                                DEFENDANTS

## ORDER

Plaintiff Thompson Sporting Goods filed a Motion to Dismiss Counterclaim in which it argues that the Defendants' counterclaim of invalid trademark is conclusory and, therefore, defective for failing to articulate a plausible claim as required by the Supreme Court's decision in *Ashcroft v. Iqbal,* 556 U.S. 662 (2009). The Court reviewed the motion. Without expressing any view as to its merits, the Court affords Defendants an opportunity to cure the purported pleading defect; the Court grants Defendants leave to file an amended counterclaim, in accordance with Fed. R. Civ. P. 15(a)(1)(B).

Like an amended complaint, an amended counterclaim must plead specific factual allegations that, if true, would "plausibly give rise to an entitlement to relief." *Iqbal*, 556 U.S. at 680. If Defendants timely file an amended counterclaim, the Court will deny without prejudice the motion to dismiss as moot. If Defendants do not timely file an amended counterclaim, the Court will decide the motion.

If Defendants choose to do so, an amended counterclaim must be filed by the end of day May 1, 2023.

IT IS SO ORDERED this 18th day of April, 2023.

James M. Moody Jr.
United States District Judge